<table>
<tr><td>

DISTRICT COURT, CITY AND COUNTY OF
DENVER, STATE OF COLORADO

1437 Bannock Street, Denver, Colorado 80202

</td><td rowspan="3">

DATE FILED
February 11, 2025 2:16 PM
FILING ID: 7C1C7703B658D
CASE NUMBER: 2025CV30533

</td></tr>
</table>

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, STATE OF COLORADO<br><br>1437 Bannock Street, Denver, Colorado 80202 | DATE FILED<br>February 11, 2025 2:16 PM<br>FILING ID: 7C1C7703B658D<br>CASE NUMBER: 2025CV30533 |
| Plaintiff: **TYLER IVAN COOMBS**<br><br>v.<br><br>Defendants: **UNITED SEATING AND MOBILITY LLC, d/b/a NUMOTION** | ▲ COURT USE ONLY ▲ |
| Attorney for Plaintiff:<br>**JF SCHMAUDER & ASSOCIATES Ltd.**<br>Jonathan F. Schmauder, #49324<br>2000 S Colorado Blvd, Ste. 2000<br>Denver, CO 80222<br>Email: jfschmauder@schmauderlaw.com<br>Phone: 720.628.6782 | Case No.:<br><br><br><br>Div.: |
| **COMPLAINT AND JURY DEMAND** ||

COMES NOW, the Plaintiff, TYLER IVAN COOMBS, by and through undersigned counsel, JF Schmauder & Associates, Ltd., hereby submits this Complaint and Jury Demand. As grounds thereof, Plaintiff complains, alleges, and avers as follows:

## JURISDICTION AND VENUE

1. This is a personal injury action for damages in excess of TWENTY-FIVE THOUSAND DOLLARS ($25,000.00), the minimal jurisdictional requirement of this Court, exclusive of costs, interests, and attorneys' fees.

2. Jurisdiction is proper pursuant to C.R.S. §13-1-124 based on Defendants' commission of tortious acts within the State of Colorado and Defendant's transaction of business within the State of Colorado.

EXHIBIT C

3.  Venue is proper pursuant to C.R.C.P Rule 98(c)(5) because this is an action for a tort which was committed in Denver County, Colorado 80202.

## **PARTIES AND CLAIMANTS**

4.  Plaintiff, TYLER IVAN COOMBS ("Plaintiff"), at the time of the injury, was a resident of the City of Denver, County of Denver, State of Colorado and now resides in the City of Highlands Ranch, County of Douglas, State of Colorado.

5.  At all times material hereto, Defendant, UNITED SEATING AND MOBILITY LLC, ("Defendant") was and is a Foreign Limited Liability Company d/b/a NuMotion in the County of Denver, State of Colorado.

## **STATEMENT OF FACTS**

6.  Plaintiff suffers a pre-existing C5 AIS complete spinal cord injury rendering him dependent on his Permobil F5 Corpus Power Wheelchair for mobility.

7.  Defendant, d/b/a NuMotion, is responsible for maintaining and programming Plaintiff's wheelchair and has a duty of care to ensure Mr. Coombs chair is properly maintained and serviced to keep him safe.

8.  Plaintiff's F5 Corpus chair is equipped with safety circuits designed to inhibit the wheelchair from driving under certain conditions. Limit switch circuits limit the wheelchair's functions under certain circumstances such as preventing unintended or accidental motion when fully reclined.

9.  On the morning of February 12, 2023, Mr. Coombs had his wheelchair fully reclined, a position in which it should not have been able to move had it been properly serviced.  The chair did move and thrust him backwards into a wall causing further injury to his spine.

EXHIBIT C

10. Mr. Coombs suffered a C-2 spinal fracture requiring Cl-2 fusion/extension of prior cervicothoracic fusion.

## **NEGLIGENCE AGAINST UNITED SEATING AND MOBILITY**

Plaintiff re-alleges and incorporates by reference paragraphs 1 through 10 above as though fully set forth herein and further alleges the following:

11. At all times relevant, Defendant, UNITED SEATING AND MOBILITY D/B/A NUMOTION, was responsible for maintaining and programming Plaintiff's wheelchair.

12. At all times relevant, Defendant, UNITED SEATING AND MOBILITY D/B/A NUMOTION, or its duly designated agent, had a Duty of Care to ensure Mr. Coombs chair was properly maintained and serviced in such a way as to prevent unintentional movement while fully reclined.

13. Defendant, UNITED SEATING AND MOBILITY D/B/A NUMOTION, negligently failed to properly configure Plaintiff's wheelchair safety settings to prevent unintended motion while the chair is fully reclined.

14.  As a direct and proximate result of Defendant's breach of its duty of care as set forth above, Plaintiff was injured in and about the body, including but not limited to, internal decapitation, pain, permanent loss of already limited range of motion, emotional distress and permanent disfigurement.  Plaintiff has also incurred medical expenses that may continue into the future, past and future pain and suffering, disability, disfigurement, past and future physical and mental impairment, loss of future earning capacity, mental anguish, and loss of enjoyment of life.

EXHIBIT C

## **PRAYER FOR RELIEF**

WHEREFORE, the Plaintiff, TYLER IVAN COOMBS, demands judgement against the Defendant, UNITED SEATING AND MOBILITY D/B/A NUMOTION, and prays for the following relief:

1.  Trial by jury on triable issues;

2.  Economic, Non-Economic, and Impairment Damages;

2.  Pre-Judgment and Post Judgment interest as provided for by law;

3.  Attorneys' Fees as provided for by law;

4.  Costs and Expenses; and

5.  Such other and further relief as to the Court seems just and proper.

Respectfully submitted this 11th, day of February, 2025

*/s/ Jonathan F. Schmauder*

JF Schmauder & Associates Ltd.
2000 S Colorado Blvd
Ste. 2000
Denver, CO 80222
720.628.6782
*Attorneys for Plaintiff*

EXHIBIT C